United States District Court
Southern District of Texas
**ENTERED**
February 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SIGNET MARITIME CORPORATION, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:21-CV-00065 |
| RLB CONTRACTING, INC., | | |
| Defendant. | | |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Unopposed Joint Motion to Dismiss with Prejudice (D.E. 116), the Court enters final judgment dismissing this action with prejudice.

ORDERED on February 28, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE